**Order entered April 17, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01397-CR

### LUCIANO PATINO VILLEGAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-56027-W

## ORDER

The Court **GRANTS** appellant's motion to supplement the record. A reporter's record, filed in this case, is labeled as follows: Volume 1 of 5 Master Index; Volume 2 or 5 Admonishment; Volume 3 of 5 Jury Selection; Volume 2 of 5 Slow Plea Jury Trial; Volume 6 of 6 Sentencing; and Volume 4 of 5 Exhibits.

We **ORDER** Darline LaBar, official court reporter for the 363rd Judicial District Court, to coordinate the filing of a complete reporter's record that contains all of the six volumes in date order and properly identified within **FIFTEEN DAYS** from the date of this order.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE